UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES A. LAMBERT                                                                          PLAINTIFF

V.                                              CIVIL ACTION NO. 3:24-CV-481-KHJ-MTP

CAYLA SPEARS, et al.                                                                 DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 12th day of June, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE